IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00029-MOC-DCK

| | |
|---|---|
| NVR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) filed by Timothy W. Bouch concerning W. Jefferson Leath, Jr. on January 18, 2013. Mr. Leath seeks to appear as counsel *pro hac vice* for Intervenor Fairway Townes Owners Association, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) is **GRANTED.** Mr. Leath is hereby admitted *pro hac vice* to represent Intervenor Fairway Townes Owners Association, Inc.

Signed: January 18, 2013

David C. Keesler
United States Magistrate Judge